Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

## for the

Western District of North Carolina

26th Division

Case No. 3:24-cv-925

*(to be filled in by the Clerk's Office)*

Kenrick Parry

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Donald R. Cureton, JR.

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I.  The Parties to This Complaint

### A.  The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name: henrick Parry

All other names by which you have been known:

ID Number: 296218

Current Institution: Mecklenburg County Detention Center

Address: P.O.BOX 34424

Charlotte     NC     28234

        City        State        Zip Code

### B.  The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name: Donald R. Cureton JR

Job or Title (if known): Superior Court Judge

Shield Number:

Employer: Mecklenburg County Courthouse

Address: 732 East Fourth Street, Suite 9600

Charlotte     NC     28202

        City        State        Zip Code

[ ] Individual capacity    [X] Official capacity

Defendant No. 2

Name:

Job or Title (if known):

Shield Number:

Employer:

Address:

        City        State        Zip Code

[ ] Individual capacity    [ ] Official capacity

Defendant No. 3

    Name             _____

    Job or Title *(if known)*   _____

    Shield Number      _____

    Employer         _____

    Address           _____

                      _____ _____ _____
                          *City*            *State*        *Zip Code*

                 ☐ Individual capacity     ☐ Official capacity

Defendant No. 4

    Name             _____

    Job or Title *(if known)*   _____

    Shield Number      _____

    Employer         _____

    Address           _____

                      _____ _____ _____
                          *City*            *State*        *Zip Code*

                 ☐ Individual capacity     ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.     Are you bringing suit against *(check all that apply)*:

         ☐ Federal officials (a *Bivens* claim)

         ☒ State or local officials (a § 1983 claim)

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

My Sixth and Fourteenth Amendment of the Constitution of the United States and N.C.G.S. 15A-1242 Statutory Right was violated by Defendant When said stated 8/20/24 in court session that Plaintiff Waived Counsel to Self-represent himself; and in his official capacity, used malfeasance & misfeasance, to behave dilatorily & deprive Plaintiff from Handling his case Judicially, Giving under those rights, thereby being Prejudice and Showing bias to the Plaintiff and Violating Due Process.

C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

pg 3 of 11

*N/A*

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. *Defendant acted under color of state law Showing willful misconduct of a Judge acting in his official capacity When said impeded on Plaintiff Right to Properly Represent himself by forgery of duplicative Waiver of counsel forms electronically Filed 8/29/24; 20 minutes a part from each other; forge and signed documents with two seperate Dates and time periods; Displaying Plaintiff Signature as if he signed two seperate documents; belated Plaintiff right to handle his Judical affairs when filing motions & written request when Standby counsel was Still lead counsel on all matters, N.C. Code Judicial Conduct Canon 1; Canon 2(A) & Canon 3(A)(1)(B)(1)(2)(C)(a). The Eleventh Amendment Does not bar suit against a state by its own Citizens acting under color of State Law.*

III.   **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [✓] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

IV.   **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.
*The event gave rise outside of Mecklenburg county Jail inside of Mecklenburg County Courthouse Starting 9/3/24*

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

*N/A*

*pg 4 of 11*

C.     What date and approximate time did the events giving rise to your claim(s) occur?

The Date giving rise to this claim occurred 9/5/24 when filing of a motion for Discovery, a motion of Bill of Particulars & written request.

D.     What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* Plaintiff wrote a letter to Judge Carla Archie in regards to my self representation in my case(s). Plaintiff stated that no waiver of counsel form was on record, even though on NCEcourts It was Stating Waiver of Counsel was granted. Plaintiff stated in his letter that on 8/28/24, 8/29/24 & 8/30/24 Mailed out three documents to the clerk of courts and were showing up as Correspondents online. He explained that he was being deprived of his right to self represent Properly in court room 5310, Plaintiff also explained that he could not handle his business affairs Properly filing papers that deal with his cases would like the matter resolved Properly so that he can Properly handle his affairs dealing with his case here in Mecklenburg county.

## V.     Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

N/A

## VI.     Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. Plaintiff is seeking emotional & uneasiness damages of 5,000$, As well Punitive Damages in the amount of 5,000$ for the violation that was committed by defendant acting under color of state law. Plaintiff had faith in Defendant after taking the oath to waived counsel asserting that he properly represented himself in the Judicially Proceedings. Defendant should of observe appropriate Standard of conduct to ensure the integrity of his oath in the court room. Defendant did not Promote integrity and Impartiality of the Judiciary by committing forgery or duplentive Documents to "Cover tracks" with Plaintiff signature. There is inconsistencies in the dates and times & this has cause boldedness in Plaintiff affairs to handle his case accordingly given to him under Defendant Judiciary Proceeding in contradiction. Defendant has shown bias and Prejudice toward Plaintiff depriving him of self representation. This is a irreparable harm and Prejudice of the Judicial System he represents. Defendant should be censored for the conduct.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). Mecklenburg County Detention Center.

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

Pg 6 of 11

D.     Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E.     If you did file a grievance:

1.    Where did you file the grievance?

_____N/A_____

2.    What did you claim in your grievance?

_____N/A_____

3.    What was the result, if any?

_____N/A_____

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

N/A

_____

☐ Yes

☒ No

D.   If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s)      *N/A*

Defendant(s)      *N/A*

2.   Court *(if federal court, name the district; if state court, name the county and State)*

*N/A*

3.   Docket or index number

*N/A*

4.   Name of Judge assigned to your case

*N/A*

5.   Approximate date of filing lawsuit

*N/A*

6.   Is the case still pending?

☐ Yes

☒ No

If no, give the approximate date of disposition      *N/A*

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

*N/A*

F.     If you did not file a grievance:

    1.   If there are any reasons why you did not file a grievance, state them here: Reason for not filing a grievance at the Mecklenbury county Jail. is that the issue is Pretaining to Documents filed with errors and belatedness Dealing with The Defendant.

    2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: I wrote a letter to the Head Judge of this District of Mecklenbury county, Carla Archie. The response was a copy of the letter has been sent to the Attorney and assistant attorney of the communication. 9/24/24. Mail was also Recieved 10/2/24 & 10/4/24 after words.

G.     Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. Response Letter. Exhibit A ; The "10:22 AM" Exhibit B ; "the 10:42AM" Exhibit C1 & C2. Plaintiff only Sign one Document in blue ink. copy of letter to Carla Archie is filed and in District Attorney Possession under 24CR320401-590 or 21CR225023-25

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit
     Plaintiff(s)      *N/A*
     Defendant(s)      *N/A*

2.   Court *(if federal court, name the district; if state court, name the county and State)*
     *N/A*

3.   Docket or index number
     *N/A*

4.   Name of Judge assigned to your case
     *N/A*

5.   Approximate date of filing lawsuit
     *N/A*

6.   Is the case still pending?

     ☐ Yes

     ☒ No

     If no, give the approximate date of disposition.      *N/A*

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

     *N/A*

C.   Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?
     *N/A*

*Pg 10 of 11*

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/13/24

Signature of Plaintiff _Kenrick Parry_

Printed Name of Plaintiff Kenrick Parry

Prison Identification # 296218

Prison Address P.O. Box 34429

Charlotte     NC     28234
    *City*       *State*     *Zip Code*

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Address _____

_____

    *City*       *State*     *Zip Code*

Telephone Number _____

E-mail Address _____

<u>Attached Additional Information Relating TO:</u>

## IV. <u>Statement of claim:</u>

D. Furthermore, when Plaintiff files any Documents or letters, They are never filed, missing, or showing up as Correspondence on record at The Clerk office. This shows that Plaintiff is still represented by Counsel as lead counsel on the case. If The Proper Waiver of Counsel form AOC-CR-227 were Utilize, This would not be occuring. Plaintiff has Called his Alledge "Standby Counsel" around 9/6/24 and again 9/16/24 about the issue and got one of Her assistance stating "we can no longer help or Provide you with any information Since You are now representing Yourself." All letters writting were filed as "correspondence/correspondant", but any motion Mailed, even Second attempts never Show up filed with the Clerk office. Any Letters mailed with the Case numbers gets filed as Correspondant. Plaintiff files motions with the Case number included and never shows up online. Bill of particular mailed 10/3/24, written Request 15A-268 mailed 10/9/24. Both not on filed to this day. Kimbarly Sexton is still lead Counsel on All Cases. This was told to me that she is lead Attorney by the clerk of court clerk.

## VI. <u>Relief:</u>

As well Utilize the Proper AOC-CR-227 Waiver of Counsel form Created by the Admistrative clerk of Courts.

Dated. 10/13/24          /s/ _Kenrick Parry_

<u>Attached Additional Information Relating TO:</u>

<u>IV.</u>   <u>Statement of Claim:</u>

D. Furthermore, Plaintiff filed Two Documents Certified Mail to the clerk of court office. One Document was mailed out 10/3/24, Certified Mail # 9505515385414277980994 & 10/9/24 Certified Mail # 9505575385414283982944. Both documents A Bill of Particulars and a written Request N.C.G.S. 15A-268 has not be filed nor found by the Clerk of court office to ths day. If the Proper waiver of counsel form AOC-CR-227 was used then this issue would not be happening.

Dated: 10/13/24                    /s/ Kenrick Parry